JS-6

Scott Edward Cole, Esq. (S.B. #160744)
Laura G. Van Note, Esq. (S.B. #310160)
Mark T. Freeman, Esq. (S.B. #293721)
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
Email: sec@colevannote.com
Email: lvn@colevannote.com
Email: mtf@colevannote.com

*Attorneys for Representative Plaintiff and the Plaintiff Class*



**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CHRISTOPHER KOVACS, individually, and on behalf of all others similarly situated,

Plaintiff,

v.

MICAH HAMILTON CHIROPRACTIC INC., d/b/a SOUTH OC CHIROPRACTIC,

Defendants.

**Case No. SACV 26-1222-GW-ADSx**

**CLASS ACTION**

**ORDER GRANTING STIPULATION OF DISMISSAL**

District Judge: Hon. George H. Wu
Magistrate Judge: Autumn D. Spaeth

Complaint filed: May 15, 2026

The Court has reviewed the Stipulation of the parties. The Court ORDERS as follows: Plaintiff's individual claims shall be dismissed with prejudice and the putative class claims are dismissed without prejudice. Each side to bear their own costs and fees.

IT IS SO ORDERED.

Dated: October 13, 2026

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE